Appellant.— The decision of this court handed down on October 21, 1932 [*ante*, p. 808], is hereby amended to read as follows: Peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. The board of education resolution of March 11, 1932, in so far as it affects the relator, is in violation of section 31 of the Civil Service Law* and beyond the board's power to adopt. If the situation requires action of the character indicated in the resolution, legislative authority is needful to give validity to such action. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of J. CHARLES ZIMMERMAN, as Receiver in an Action in the Supreme Court, Queens County, Entitled " J. CHARLES ZIMMERMAN, Plaintiff, against WASHINGTON OPERATING CORPORATION, WASHINGTON WOLCOTT LAND CORPORATION, GRAND-BROADWAY OPERATING CORPORATION, ADAMS-WASHINGTON LAND CORPORATION, LILLIAN C. SCHWARTZMAN and THEODORE I. SCHWARTZMAN, Defendants," for Payment of Awards Made for Parcels Damage Numbers 52 to 60, Inclusive, and 63 to 67, Inclusive, on the Damage Map and in the Report of the Commissioners of Estimate in the Proceeding for Acquiring Title to Van Alst Avenue, from Nott Avenue to Hoyt Avenue, etc., in the Borough of Queens, City of New York. CHARLES W. BERRY, as Comptroller of The City of New York, and THE CITY OF NEW YORK, Appellants; J. CHARLES ZIMMERMAN, as Receiver, etc., Respondent.— Order confirming report of official referee and said order as resettled unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JOSEPH JURAY, Respondent, v. ROSIE JURAY, Appellant.— Orders and judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

FRANCES KOSTICK, Respondent, v. PHILIP FRANKEL, Also Known as PHIL FRANKEL and P. FRANKEL, Defendant, Impleaded with SAMUEL M. BOMZON, Appellant.— Order granting motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

LONG ISLAND LAUNDERERS, INC., Respondent, v. CALVIN PRINCE and JOHN BEYL, Appellants.— Order denying motion to confirm report of referee modified so as to provide that each appellant be granted an allowance of $100 as counsel fee in procuring a modification of the injunction. As so modified the order is unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

TERESA LOSCALZO, as Administratrix, etc., of FRANK LOSCALZO, Deceased, Respondent, v. RAGUS CORP., a Domestic Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE MOUNT VERNON TRUST COMPANY, Appellant, v. GERTRUDE M. THAYER, Respondent. (Action No. 1.) — Order of the County Court of Westchester county reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion, the defendant's affidavit is insufficient to show any fact which entitles her to defend this action. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

---

*Added by Laws of 1919, chap. 251, as amd. by Laws of 1929, chap. 512.— [REP.